

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Daniel Subia,          * From the 70th District Court
of Ector County,
Trial Court No. A-21-1148-CR.

Vs. No. 11-22-00021-CR          * March 10, 2022

The State of Texas,          * Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

     This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.